JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LAMAR HAIRSTON,<br><br>        Plaintiff,<br><br>    v.<br><br>M. LOPEZ et al.,<br><br>        Defendants. | Case No. 5:24-cv-00601-MCS (SK)<br><br>**JUDGMENT** |

    Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: July 9, 2024

                                              MARK C. SCARSI
                                              United States District Judge